# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MICHALE HERRING, | ) | |
|     ID # 1884959, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | 3:15-CV-1921-K |
| | ) | |
| LORIE DAVIS, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions | ) | |
| Division, | ) | |
|     Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court declines to adopt the August 13, 2018 Findings, Conclusions, and Recommendation of the Magistrate Judge (Doc. No. 27) and hereby allows Petitioner 30 days from the date of this order to file his objections to the April 25, 2017 Findings, Conclusions, and Recommendation of the Magistrate Judge (Doc. No. 18). Petitioner's Motion to

Reinstate is **DENIED** as moot because the Court is allowing Petitioner to file his objections beyond the original deadline.

SO ORDERED.

**Signed September 4th, 2018.**

_____
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**